[No. 13045-5-I.   Division One.   July 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN
WAYNE SHARON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-03188-3, William C. Goodloe, J., entered
March 16, 1983. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Corbett, A.C.J., and Swanson, J.

[No. 12922-8-I.   Division One.   July 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
L. LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-8-04739-4, Jerome M. Johnson, J., entered
February 25, 1983. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Ringold and Scholfield, JJ.

[No. 11386-1-I.   Division One.   July 16, 1984.]

THE SANCTUARY CHURCH, *Respondent,* v. GEORGE M.
FREEMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-03292-5, David W. Soukup, J., entered
February 3, 1982. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Scholfield, JJ.

[No. 11351-8-I.   Division One.   July 16, 1984.]

WILLIAM J. BENNETT, ET AL, *Appellants,* v.
KING COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-00961-3, Norman W. Quinn, J., entered
January 18, 1982. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Williams and Callow, JJ.